[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2005
THOMAS K. KAHN
CLERK

No. 04-12720

D. C. Docket No. 03-00059 CR-MMP

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JEROME WAYNE JOHNSON,
a.k.a Jerry Wayne Johnson,

                                        Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Florida

**(July 27, 2005)**

Before TJOFLAT, PRYOR and ALARCON[*], Circuit Judges.

_____

    *Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

PER CURIAM:

**AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.**[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)  the evidence in support of a jury verdict is sufficient;

    (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.